———o———

## No. 4690.

(Court of Appeal, Parish of Orleans.)

### A. E. O'SULLIVAN VS. NEW ORLEANS CITY ITEM PUBLISHING CO.

### ON MOTION TO DISMISS.

A suspensive appeal from a judgment dismissing an appeal previously

taken, is not an appeal from the judgment originally appealed from, and cannot suspend execution, nor can the Appellate Court, on such appeal, grant the relief sought, to-wit: a review of the appeal dismissed by the Court *a qua*.

Appellant's relief is by writ of prohibition.

Appeal from Civil District Court, Division "B."

E. A. O'Sullivan, Appellee.

Howe, Fenner, Spencer and Cocke, for Defendant and Appellant.

ESTOPINAL, J. The only question involved in this suit is whether a suspensive appeal lies from a judgment or order of the trial Court, dismissing a suspensive appeal on the ground that the surety on the bond of the latter is not good and solvent.

Whatever might have been the jurisprudence of this State on the subject prior to the decision of the Supreme Court in Reynolds vs. Egan, decided August 7th, 1898 (Southern Reporter, Vol. 47, 13, p. 371), this case now conclusively settles the proposition that "where a suspensive appeal is allowed from a judgment for money, and is thereafter dismissed because of the failure of the appellant to furnish the bond required within the time prescribed by law, no appeal thereafter allowed from the judgment of dismissal can operate to suspend the execution of the judgment originally appealed from."

For this reason the appeal herein is dismissed.